UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LUDLOW EXCHANGE LLC d/b/a NOVIG, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:26CV1780 CDP |
| CATHERINE HANAWAY, *et al.*, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Pending before the Court is the motion of defendants Catherine Hanaway, *et al.* to consolidate this case with *KalshiEX LLC v. Hanaway*, Case No. 4:26CV1860 MAL. In a "Notice" filed on November 10, 2026, defendants request that I expedite the briefing schedule on the motion to consolidate. The notice provided limited information about the positions of other parties with respect to the consolidation motion, except to note they expect to respond to the motion in due course and that plaintiff in the *KalshiEX* case does not want the consolidation issue to delay resolution of its motion for preliminary injunction, which should be fully briefed later this week.

The notice also indicated that there are two additional similar cases pending in this district, *QXC LLC d/b/a Polymarket v. Hanaway et al.*, 4:26CV1930 SEP,

and *Robinhood Derivatives, LLC v. Hanaway et al.,* 4:26CV1932 RWS. Defendants have not yet answered in those two cases, and their notice filed in this case did not request that the additional cases be consolidated with this one. My review of the complaints in those cases indicates that they raise the same legal issues as those in this and in the *KalshiEX* case.

To avoid piecemeal determination of the consolidation issue and because it appears expedited consideration of all issues in these cases is appropriate, I will direct all parties in the four cases to file briefs in this case setting out their positions on whether all four cases should be consolidated, stating the reasons; if any parties believe any particular case should not be consolidated with the others, they should explain the reasons for that position. I will also direct the defendants to indicate whether they expect additional related cases to be filed.

The plaintiff's motion for preliminary injunction has not been fully briefed and I will direct the parties in this case to meet and confer and notify the Court if they agree on a briefing schedule other than the one set by the local rules. Additionally, my initial review indicates that the issues raised are primarily matters of law, but if either side believes discovery is necessary before the motion for preliminary injunction can be resolved, they should so state in their joint response.

Finally, the joint filing should include the parties' positions on when a hearing should be held on the preliminary injunction motion.

Accordingly,

**IT IS HEREBY ORDERED** that all parties in the following cases:

*Ludlow Exchange LLC d/b/a/NOVIG v. Hanaway et al.,* 4:26CV1780 CDP
*KalshiEX LLC v. Hanaway et al.,* 4:26CV1860 MAL *QXC LLC d/b/a Polymarket v. Hanaway et al.*, 4:26CV1930 SEP
*Robinhood Derivatives, LLC v. Hanaway et al.,* 4:26CV1932 RWS

must file briefs in this case no later than **Thursday, November 19, 2026** setting out their positions on consolidation as set out above. These briefs are limited to ten pages each, and no further briefing will be allowed without leave of court for good cause shown.

**IT IS FURTHER ORDERED** that counsel for plaintiff and defendants in this case must meet and confer and file a joint statement setting out any agreement they may reach for a briefing schedule other than the one set by the local rules; the joint statement must include a statement whether either side believes discovery is necessary before the motion for preliminary injunction can be resolved (describing the discovery sought) and whether either side expects to present live testimony at the hearing on the motion for preliminary injunction. The joint statement should also include the parties' positions on appropriate potential dates for a hearing on the motion for preliminary injunction hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket a copy of this order in each of the above cases so it will be served on all counsel of record in those cases.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2026.