UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LUDLOW EXCHANGE LLC d/b/a NOVIG,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE HANAWAY, et al.,<br><br>Defendants; | ) | Case No. 4:26 CV 1780 CDP |
| KALSHIEX LLC,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE HANAWAY, et al.,<br><br>Defendants; | ) | Case No. 4:26 CV 1860 MAL |
| QCX LLC d/b/a Polymarket US,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE HANAWAY, et al.,<br><br>Defendants; | ) | Case No. 4:26 CV 1930 SEP |
| ROBINHOOD DERIVATIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE HANAWAY, et al.,<br><br>Defendants. | ) | Case No. 4:26 CV 1932 RWS |

**MEMORANDUM AND ORDER**

After considering all the responses from the parties to these four cases, the Court agrees that full consolidation is not appropriate, given the differences in the cases. But because there are many common legal and factual issues, coordination of at least all pretrial matters is appropriate and in the interests of justice and judicial economy. I will therefore direct the Clerk of Court to transfer all cases to the undersigned. The cases will remain separate and filings related to a specific case should be made only in that specific case. To the extent a filing relates to all four cases, the parties must file and docket the filing in all four cases, using a consolidated caption such as that listed above.

I will hold a telephone status and scheduling conference next week to determine a schedule for hearing the motions for preliminary injunction and to discuss any other preliminary matters in the cases. In advance of the telephone conference, I urge counsel to meet and confer to see if they can reach agreement on a schedule for the preliminary injunction hearing that would not unduly delay the earliest briefed case.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Consolidate [20] is denied to the extent it seeks full consolidation but is granted to the extent it seeks coordinated handling of the pretrial matters in the cases.

**IT IS FURTHER ORDERED** that the Clerk of Court transfer the following cases to the undersigned for coordinated handling of pretrial matters:

*KalshiEX LLC v. Hanaway et al.,* 4:26CV1860 MAL

*QXC LLC d/b/a Polymarket US v. Hanaway et al.*, 4:26CV1930 SEP

*Robinhood Derivatives, LLC v. Hanaway et al.*, 4:26CV1932 RWS

Each case will remain separately pending and pleadings or other filings related only to a specific case should be made only in that specific case. To the extent a filing relates to all four cases, the parties must file and docket the filing in all four cases and must use a consolidated caption such as that listed above.

**IT IS FURTHER ORDERED** that the Court will hold a telephone conference with counsel in all four cases on **Tuesday, November 24, 2026 at 10:00 a.m.** **The conference will be held via audio on Zoom.gov**. Counsel are directed to join the **audio only** conference by dialing: **1-669-254-5252**, then enter the Meeting ID: **160 670 3965**.

Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

In advance of the telephone conference, I urge counsel to meet and confer to see if they can reach agreement on a schedule for the preliminary injunction hearing that would not unduly delay the earliest briefed case.



CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2026.